IN THE COURT OF COMMON PLEAS
LORAIN COUNTY, OHIO

FILED
LORAIN COUNTY
2021 AUG -2 AM 11: 32
COURT OF COMMON PLEAS
TOM ORLANDO

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 21-CV-202576 |
| | ) | |
| PLAINTIFF | ) | JUDGE JOHN MIRALDI |
| | ) | |
| V. | ) | PLAINTIFF'S NOTICE OF SERVICE |
| | ) | OF INITIAL DISCLOSURES |
| LORAIN CITY BOARD OF EDUCATION ET AL, | ) ) | |
| | ) | |
| DEFENDANTS | ) | |

Now comes Plaintiff Jane Doe and gives notice that on July 29, 2021 she served her Initial Disclosures on counsel for The Lorain Board of Education and Jayrene Nimine in accordance with the Court's Order of June 14, 2021.

Respectfully submitted

/s/ F. Benjamin Riek III
F. Benjamin Riek III (0022703)
Law Offices of F. Benjamin Riek III
21 Furnace St., Suite 808
Akron, Ohio 44308
(330) 410-2518
Email: fbenjaminr@msn.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Service was served on July _29th_, 2021 to Mark Fusco, mfusco@walterhav.com, Sara Reves Cooper, scooper@walterhav.com, Elizabeth L. Bolduc, ebolduc@walterhav.com and Michael P. Harvey, Esq., counsel for Defendant Jrayene Nimene at MPHarveyCo@aol.com, pursuant to Civ. R. 5(B)(2)(f).

/s/ F. Benjamin Riek III

Exhibit A