UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 1:21-CV-01641-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR |
| | ) | |
| v. | ) | MAGISTRATE JUDGE WILLIAM H. |
| | ) | BAUGHMAN, JR. |
| LORAIN BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Now comes Mark S. Fusco and Alexandra C. Eckrich, counsel for Defendant Lorain Board of Education ("District" or "Defendant"), and pursuant to Loc.R. 83.9, hereby respectfully move this Court to allow them to withdraw as counsel of record for Defendant.  Attorney Sara Ravas Cooper shall remain counsel of record for Defendant.  In accordance with Loc.R. 83.9, Attorneys Fusco and Eckrich certify that written notice of their withdrawal was provided to Defendant as well as counsel for Plaintiff prior to the filing of this Motion.

Respectfully submitted,

*/s/ Mark S. Fusco*
Mark S. Fusco (Reg. No. 0040604)
    Email: mfusco@walterhav.com
    Direct Dial: 216-619-7839
Alexandra C. Eckrich (Reg. No. 0099133)
    Email: aeckrich@walterhav.com
    Direct Dial: 216-658-6234
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 phone; (216) 575-0911 fax
*Attorneys for Defendant, Lorain Board Education*

{04320354 - 1}

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the foregoing *Motion for Leave to Withdrawal as Counsel* has been filed this 6th

day of January, 2023 through the Court's electronic filing system.  All parties may access the foregoing

via the Court's electronic filing system.


/s/ *Mark S. Fusco*
Attorney for Defendant, Lorain Board of Education