# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JANE DOE,** | ) CASE NO.: 1:21-cv-01641-SO |
| *Plaintiff,* | ) JUDGE SOLOMON OLIVER, JR. |
| -vs- | ) |
| **LORAIN COUNTY BOARD OF EDUCATION,** *et al.*, | ) |
| *Defendants.* | ) |

## ORDER

FOR GOOD CAUSE SHOWN, the Defendant, Jayrene Nimene's, Motion for Directed Verdict is well taken and GRANTED.

IT IS SO ORDERED.

_____      _____
Dated                                             Judge


MPH/rrg